## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MILTON R. HINSON (#96124)                                          CIVIL ACTION

VERSUS

                                                                                          19-368-SDD-RLB

LIVINGSTON PARISH SHERIFFS
DEPARTMENT INTERNAL AFFAIRS

## **RULING**

Since January 23, 2020, various Orders mailed to the plaintiff by this Court have been returned as either "refused" or "attempted – not known." *See* R. Docs. 24, 25, and 30. Based on a notice provided in a separate proceeding, it appears that the plaintiff has been discharged from the facility where he was housed, and no forwarding address has been provided to this Court. *See Hinson v. Hale,* 19-421 (M.D. La.) at R. Doc. 25.

Pursuant to Local Rule 41(b)(4) of the Court, the failure of a *pro se* litigant to keep the Court apprised of a change of address may constitute a cause for dismissal for failure to prosecute when a notice has been returned to a party or the Court for the reason of an incorrect address and no correction is made to the address for a period of thirty (30) days. As a practical matter, the case cannot proceed without an address where the plaintiff may be reached and where he may receive pertinent pleadings, notices or rulings. Accordingly,

**IT IS ORDERED** that the claims of the plaintiff be and are hereby dismissed, without prejudice, for failure of the plaintiff to prosecute this proceeding and for failure to keep the Court apprised of a current address.

**IT IS FURTHER ORDERED** that, on motion of the plaintiff, filed within thirty (30) days, and upon a showing of good cause the Court may consider reinstatement of the plaintiff's claims on the Court's Docket.  Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana on December 15, 2020.

*[Signature]*

**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**